Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Phone:  (302) 571-6600
Ian S. Fredericks (IF-3355)

Attorneys for Manufactures & Traders Trust Company
as Successor Indenture Trustee for the 7.75% Contingent
Convertible Notes Due 2015 issued by Calpine Corporation

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CALPINE CORPORATION, | Case No.: 05-60200 (BRL) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEAL**

      Manufacturers & Traders Trust Company, in its capacity as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation, hereby appeals under 28 U.S.C. § 158(a) and pursuant to Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from the Order Granting Debtors' Limited Objection to Convertible Noteholder Claim Nos. 2404, 2821, 2823, 6247, 6249, 6280, 6299 and 6300 (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Burton R. Lifland) on August 10, 2007 [Docket No. 5595].

      The names of the parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are each as follows:

**Debtors:**

>Attorneys:
>Richard M. Cieri, Esq.
>Marc Kieselstein, Esq.
>Edward O. Sassower, Esq.
>Kirkland & Ellis LLP
>153 E. 53rd Street
>New York, New York 10022
>Telephone: (212) 446-4800
>Facsimile:  (212) 446-4900

**Certain Holders of the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation:**

>Attorneys:
>Kristopher M. Hansen, Esq.
>Erez E. Gilad, Esq.
>Stroock & Stroock & Lavan LLP
>180 Maiden Lane
>New York, New York 10038
>Telephone: (212) 806-5400
>Facsimile: (212) 806-6006

**Certain Holders of the 6% Convertible Notes Due 2014 Issued by Calpine Corporation:**

>Attorneys:
>Dennis F. Dunne, Esq.
>Matthew S. Barr, Esq.
>Milbank Tweed Hadley & McCloy
>One Chase Manhattan Plaza
>New York, New York 10005
>Telephone: (212) 530-5000
>Facsimile: (212) 530-5219

**Official Committee of Unsecured Creditors:**

>Attorneys:
>Michael S. Stamer, Esq.
>Lisa G. Beckerman, Esq.
>Philip C. Dublin, Esq.
>Akin Gump Strauss Hauer & Field LLP
>590 Madison Avenue
>New York, NY 10022
>Telephone: (212) 872-1000
>Facsimile: (212) 872-1002

**Official Committee of Equity Security Holders:**

    Attorneys:
    Brad E. Scheler, Esq.
    Gary Kaplan, Esq.
    Fried Frank Harris Shriver & Jacobson LLP
    One New York Plaza
    New York, New York 10004
    Telephone: (212) 859-8000
    Facsimile: (212) 859-4000

**Manufacturers & Traders Trust Company, Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation:**

    Attorneys:
    Ian S. Fredericks, Esq.
    Young Conaway Stargatt & Taylor, LLP
    1000 West Street, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

**HSBC Bank USA, N.A., Successor Indenture Trustee for the 4.75% and 6% Convertible Notes:**

    Attorneys:
    David E. Retter, Esq.
    Keller Drye & Warren LLP
    101 Park Ave
    New York, New York 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897

Dated: August 16, 2007
    Wilmington, Delaware    YOUNG CONAWAY STARGATT & TAYLOR LLP

                                          */s/ Ian S. Fredericks*
                                          Ian S. Fredericks (IF-3355)
                                          The Brandywine Building
                                          1000 West Street, 17th Floor
                                          Wilmington, Delaware 19801
                                          Telephone: 302.571.6600
                                          Facsimile:  302.571.1253

                                          Attorneys for Manufactures & Traders Trust Company
                                          as Successor Indenture Trustee for the 7.75% Contingent
                                          Convertible Notes Due 2015 issued by Calpine Corporation