Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600
Pauline K. Morgan (PM-3361)

Attorneys for Manufacturers & Traders Trust Company as
Successor Indenture Trustee for the 7.75% Contingent
Convertible Notes Due 2015 issued by Calpine Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                           :   Chapter 11
                                                                 :
CALPINE CORPORATION, et al.,                                     :   Case No. 05-60200 (BRL)
                                                                 :
      Debtors.                                                      :
-----------------------------------------------------------------x
MANUFACTURERS & TRADERS TRUST                                    :
COMPANY, AS SUCCESSOR INDENTURE                                  :
TRUSTEE FOR THE 7.75% CONVERTIBLE,                               :
NOTES,                                                           :
                                                                 :
      Appellant,                                                    :
                                                                 :
    -against-                                                         :   Civil Case No. 07-CV-7867 (JGK)
                                                                 :   (Consolidation with Civil Case Nos.
CALPINE CORPORATION AND ITS                                      :   07-CV-7830, 07-CV-7831 and
AFFILIATED DEBTORS AND DEBTORS                                   :   07-CV-7832 pending)
IN POSSESSION, OFFICIAL COMMITTEE                                :
OF UNSECURED CREDITORS OF                                        :
CALPINE CORPORATION, OFFICIAL                                    :
COMMITTEE OF EQUITY SECURITY                                     :
HOLDERS,                                                         :
                                                                 :
      Appellees.                                                    :
-----------------------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Manufactures & Traders Trust Company (a private non-governmental party) a/k/a M&T Bank ("M&T"), as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation, certifies that M&T is a wholly owned subsidiary of M & T Bank Corporation, a publicly traded company. As of December 31, 2006, Allied Irish Bank, p.l.c., held and, upon information and belief, holds currently more than 10% of the issued and outstanding shares of M & T Bank Corporation. This statement will be supplemented to the extent a change is required or additional information becomes known to the undersigned.

Dated: August 21, 2007
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Pauline K. Morgan*
Pauline K. Morgan (PM-3361)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: 302.571.6600
Facsimile: 302.571.1253
pmorgan@ycst.com

Attorneys for Manufactures & Traders Trust Company as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation