Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600
Pauline K. Morgan (PM-3361)

Attorneys for Manufacturers & Traders Trust Company as
Successor Indenture Trustee for the 7.75% Contingent
Convertible Notes Due 2015 issued by Calpine Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CALPINE CORPORATION, et al., | : | Case No. 05-60200 (BRL) |
| | : | |
| Debtors. | : | |
| ------------------------------------------------------------x | | |
| MANUFACTURERS & TRADERS TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE 7.75% CONVERTIBLE, NOTES, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| -against- | : | Civil Case No. 07-CV-7867 (JGK) |
| | : | (Consolidation with Civil Case Nos. |
| CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | : | 07-CV-7830, 07-CV-7831 and 07-CV-7832 pending) |
| | : | |
| Appellees. | : | |
| ------------------------------------------------------------x | | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                            ) SS
NEW CASTLE COUNTY )

        Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Manufacturers and Trades Trust Company in the within captioned matter, and that on September 7, 2007, she caused a copy of the following pleading(s):

**APPELLANT, MANUFACTURERS AND TRADERS TRUST COMPANY'S (I) OPENING BRIEF AND (II) JOINDER TO OPENING BRIEF OF APPELLANTS, HOLDERS OF THE 7.75% CONVERTIBLE NOTES**

**APPENDIX TO APPELLANT, MANUFACTURERS AND TRADERS TRUST COMPANY'S (I) OPENING BRIEF AND (II) JOINDER TO OPENING BRIEF OF APPELLANTS, HOLDERS OF THE 7.75% CONVERTIBLE NOTES**

to be served, in the manner indicated, upon the parties on the service list attached hereto.

_____
Michelle Smith

SWORN TO AND SUBSCRIBED before me this ___ day of September 2007.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

SERVICE LIST
Calpine Corporation
9/7/2007

Richard M. Cieri, Esq
Marc Kieselstein, Esq.
Edward O. Sassower, Esq.
Kirkland & Ellis LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022
(Counsel for Debtors)
*Federal Express*

Dennis F. Dunne, Esq
Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
Counsel for Certain Holders of the 6% Convertible Notes Due 2014
Issued by Calpine Corporation
*Federal Express*

Kristopher M. Hansen, Esq
Erez E. Gilad, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(Counsel for Certain Holders of the 7.75% Contingent Convertible Notes Due 2015)
(Issued by Calpine Corporation)
*Federal Express*

Brad E. Scheler, Esq
Gary Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(Counsel to the Official Committee of Equity Security Holders)
*Federal Express*

Michael S. Stamer, Esq.
Lisa G. Beckerman, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
(Counsel to the Official Committee of Unsecured Creditors)
*Federal Express*

David E. Retter, Esq.
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
(Counsel to HSBC Bank, N.A., Successor Indenture Trustee for the 4.75% and 6% Convertible Notes)
*Federal Express*