**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               : Chapter 11
CALPINE CORPORATION, et al.,                                   : Case No. 05-60200 (BRL)
                                                               :
              Debtors.                                         :
---------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                                      :
AURELIUS CAPITAL MANAGEMENT, LP,                               :
DRAWBRIDGE SPECIAL OPPORTUNITIES                               :
ADVISORS LLC, ORE HILL HUB FUND LTD.,                          :
NISSWA MASTER FUND LTD., PINES EDGE                            :
VALUE INVESTORS LTD., PINES EDGE                               :
VALUE INVESTORS L.P., SILVER SANDS                             : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.                               :
AND 3V CAPITAL MANAGEMENT, LLC                                 :
                                                               :
              Appellants,                                      :
                                                               :
       -against-                                               :
                                                               :
CALPINE CORPORATION AND ITS                                    :
AFFILIATED DEBTORS AND DEBTORS                                 :
IN POSSESSION, OFFICIAL COMMITTEE                              :
OF UNSECURED CREDITORS OF                                      :
CALPINE CORPORATION, OFFICIAL                                  :
COMMITTEE OF EQUITY SECURITY                                   :
HOLDERS,                                                       :
                                                               :
              Appellees.                                       :
---------------------------------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                         :
                                                               :  Chapter 11
CALPINE CORPORATION, et al.,                                   :  Case No. 05-60200 (BRL)
                                                               :
                     Debtors.                                  :
-------------------------------------------------------------x
BRENCOURT CREDIT OPPORTUNITIES                                 :
MASTER, LTD., BRENCOURT MULTI-                                 :
STRATEGY ENHANCED DEDICATED                                    :
FUND, LP, DILLON READ U.S. FINANCE                             :
L.P., DILLON READ FINANCIAL PRODUCTS                           :
TRADING LTD., LINDEN CAPITAL L.P.                              :
AND ORE HILL HUB FUND, LTD.                                    :  Civil Case No. 07-07831 (JGK)
                                                               :
                     Appellants,                               :
                                                               :
         -against-                                             :
                                                               :
CALPINE CORPORATION AND ITS                                    :
AFFILIATED DEBTORS AND DEBTORS IN                              :
POSSESSION, OFFICIAL COMMITTEE OF                              :
UNSECURED CREDITORS OF CALPINE                                 :
CORPORATION, OFFICIAL COMMITTEE                                :
OF EQUITY SECURITY HOLDERS,                                    :
                                                               :
                     Appellees.                                :
-------------------------------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
CALPINE CORPORATION, et al.,                    :  Case No. 05-60200 (BRL)
                                                :
                                                :
                    Debtors.                    :
------------------------------------------------------------x
HSBC BANK USA, N.A., AS INDENTURE               :
TRUSTEE FOR THE 6% CONVERTIBLE                  :
NOTES DUE 2014                                  :
AND THE 4.75% CONTINGENT                        :  Civil Case No. 07-07832 (JGK)
CONVERTIBLE NOTES DUE 2023                      :
                                                :
                    Appellants,                 :
                                                :
           -against-                            :
                                                :
CALPINE CORPORATION AND ITS                     :
AFFILIATED DEBTORS AND DEBTORS                  :
IN POSSESSION, OFFICIAL COMMITTEE               :
OF UNSECURED CREDITORS OF                       :
CALPINE CORPORATION, OFFICIAL                   :
COMMITTEE OF EQUITY SECURITY                    :
HOLDERS,                                        :
                                                :
                    Appellees.                  :
------------------------------------------------------------x
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| CALPINE CORPORATION, <u>et al.</u>, | : Case No. 05-60200 (BRL) |
| | : |
| Debtors. | : |

------------------------------------------------------------x

| | |
|---|---|
| MANUFACTURERS & TRADERS TRUST | : |
| AS TRUSTEE FOR THE 7.75% CONVERTIBLE | : |
| NOTES DUE 2015 | : Civil Case No. 07-07867 (JGK) |
| | : |
| Appellants, | : |
| | : |
| -against- | : |
| | : |
| CALPINE CORPORATION AND ITS | : |
| AFFILIATED DEBTORS AND DEBTORS | : |
| IN POSSESSION, OFFICIAL COMMITTEE | : |
| OF UNSECURED CREDITORS OF | : |
| CALPINE CORPORATION, OFFICIAL | : |
| COMMITTEE OF EQUITY SECURITY | : |
| HOLDERS, | : |
| | : |
| Appellees. | : |

------------------------------------------------------------x

K&E 12110917.1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 24, 2007, I sent a true and correct copy of the foregoing: **Brief of Debtors-Appellees,** to the following counsel of record by electronic mail.

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael Stamer, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Lisa Beckerman, Esq.
Shaya Rochester, Esq.
590 Madison Avenue
New York, NY 10022-2524
mstamer@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
lbeckerman@akingump.com
srochester@akingump.com
Counsel for the Official Committee of Unsecured Creditors

KELLEY DRYE & WARREN LLP
Sarah L. Reid, Esq.
David E. Retter, Esq.
Damon W. Suden, Esq.
Jennifer A. Christian, Esq.
101 Park Avenue
New York, NY 10178
dretter@kelleydrye.com
sreid@kelleydrye.com
dsuden@kelleydrye.com
jchristian@kelleydrye.com
Counsel to HSBC Bank USA, N.A., as Indenture Trustee

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Gary L. Kaplan, Esq.
Michael de Leeuw, Esq.
Adrian Feldman, Esq.
One New York Plaza
New York, NY 10004
gary.kaplan@friedfrank.com
michael.deleeuw@friedfrank.com
feldmad@friedfrank.com
Counsel for the Official Committee of Equity Security Holders

MILBANK TWEED HADLEY & MCCLOY LLP
Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Andrew M. Leblanc
One Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
mbarr@milbank.com
aleblanc@milbank.com
Counsel to Certain Holders of 6% Convertible Notes

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
180 Maiden Lane
New York, NY 10038
khansen@stroock.com

STUTMAN, TREISTER & GLATT, P.C.
Isaac M. Pachulski, Esq.
Eric D. Winston, Esq.
Whitman L. Holt, Esq.
ipachulski@stutman.com
ewinston@stutman.com

K&E 12110917.1

| | |
|---|---|
| egilad@stroock.com<br>Counsel to Certain Holders of 7.75% Convertible Notes | wholt@stutman.com<br>1901 Avenue of the Stars, 19th Floor<br>Los Angeles, CA  90067<br>Counsel to Certain Holders of 6% Convertible Notes |
| YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Ian S. Fredericks, Esq.<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>ifredericks@ycst.com<br>Counsel to Manufacturers & Traders Trust Company, as Indenture Trustee | UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK<br>Paul Schwartzberg, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>paul.schwartzberg@usdoj.gov |

Dated:  September 24, 2007
      New York, New York

        /s/ M. Catherine Peshkin
M. Catherine Peshkin (MP 5400)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

K&E 12110917.1