```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07
```

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600
Pauline K. Morgan (PM-3361)
Attorneys for Manufacturers & Traders Trust Company as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CALPINE CORPORATION, et al., | Case No. 05-60200 (BRL) |
| Debtors. | |

------------------------------------------------------------x

| | |
|---|---|
| MANUFACTURERS & TRADERS TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE 7.75% CONVERTIBLE, NOTES, | |
| Appellant, | |
| -against- | Civil Case No. 07-CV-7867 (JGK) (Consolidation with Civil Case Nos. 07-CV-7830, 07-CV-7831 and 07-CV-7832 pending) |
| CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | **ORDER FOR ADMISSION** *PRO HAC VICE* **ON WRITTEN MOTION** |
| Appellees. | |

------------------------------------------------------------x

Upon the motion of Pauline K. Morgan, attorney for Manufacturers & Traders Trust Company as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 Issued by Calpine Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Ian S. Fredericks |
| Firm Name: | Young Conaway Stargatt & Taylor, LLP |
| Address: | The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391 |
| City / State / Zip: | Wilmington, DE  19899-0391 |
| Phone Number: | (302) 571-6724 |
| Fax Number: | (302) 576-3456 |
| Email Address: | ifredericks@ycst.com |

is admitted to practice *pro hac vice* as counsel for Manufacturers & Traders Trust Company as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 Issued by Calpine Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: September 25, 2007
New York, NY

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

DB02:6193407.1                                                065102.1003